## DOUGLAS BARNES *v.* NORTHEAST UTILITIES ET AL.
## (5778)

DUPONT, C. J., SPALLONE and STOUGHTON, Js.

Submitted on briefs September 14—decision released September 30, 1987

*Gilbert Shasha* and *David M. Fabricant* filed a brief for the appellant (plaintiff).

*Anthony M. Fitzgerald* and *Maureen Danehy Cox* filed a brief for the appellees (defendants).

PER CURIAM. There is no error.